E-FILED 12/9/16

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REED, JOHN K., <br><br> Plaintiff, <br><br> v. <br><br> OHIO SAVINGS BANK; NEW YORK COMMUNITY BANK; ALDRIDGE PITE, LLP; DOES 1-25, <br><br> Defendants. | Case No.: 2:16-cv-06610-PSG-MRW <br><br> Hon. Philip S. Gutierrez <br><br> [~~PROP~~OSED] JUDGMENT <br><br> State Court Case No. 16CV03313 <br> Action Filed: July 29, 2016 <br> Trial Date: N/A |

This matter came before the Court on (1) Plaintiff JOHN K. REED's ("Plaintiff") Motion to Remand; (2) Defendant NEW YORK COMMUNITY BANK's ("NYCB") Motion to Dismiss Plaintiff's Complaint; and (3) Defendant ALDRIDGE PITE, LLP's ("AP") Motion to Dismiss Plaintiff's Complaint.

Having reviewed the Motions, supporting evidence, and all related filings, and having considered the arguments made by the parties, if any, and for the reasons discussed more fully in the Court's *Order Denying Plaintiff's Motion to Remand, Rendering Moot Defendant AP's Motion to Dismiss, and Granting Defendant NYCB's Motion To Dismiss* [dkt no. 35],

1  **IT IS ORDERED** that Plaintiff's Motion to Remand is DENIED, and AP is
2  Dismissed as a fraudulently joined Defendant.
3  **IT IS FURTHER ORDERED** that NYCB's Motion to Dismiss is GRANTED
4  WITH PREJUDICE and without leave to amend.
5  **IT IS FURTHER ORDERED** that AP's Motion to Dismiss is RENDERED
6  MOOT.
7  **THEREFORE, IT IS HEREBY ORDERED** that judgment is entered in favor
8  of NYCB and against Plaintiff JOHN K. REED.

10 Dated: __12/9/16_____

11                              __PHILIP S. GUTIERREZ__
12                              HON. PHILIP S. GUTIERREZ
                                UNITED STATES DISTRICT JUDGE

805501.1

2

JUDGMENT - CASE NO.: 2:16-CV-06610-PSG-MRW